PD-1589-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/7/2015 12:00:00 AM
Accepted 12/7/2015 3:02:37 PM
ABEL ACOSTA
CLERK

In the
Court of Criminal Appeals of Texas

Cause No. 14-14-00449-CR
In the
Court of Appeals for the Fourteenth District of Texas
at Houston

Cause Number 0924378
In the 180th D.C.
Of Harris County, Texas

FILED IN
COURT OF CRIMINAL APPEALS

December 7, 2015

ABEL ACOSTA, CLERK

ROGELIO MORA
*Appellant*

v.

THE STATE OF TEXAS
*Appellee*

## MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

Pursuant to Rules 68.2(c), 10.5(b) and 9.3(b) Appellant respectfully requests this Court to grant this motion for extension of time to file Appellant's Petition for Discretionary Review, and offers the following facts in support of this request:

1.  Appellant's conviction was affirmed in the Court of Appeals for the Fourteenth District of Texas on October 22, 2015.  No motion for rehearing was filed.

2.  Appellant's Petition For Discretionary Review was due on November 23, 2015.

3.  No previous extension has been requested.  The undersigned attorney is responsible for several other cases and needs additional time to prepare a petition.

4. The undersigned respectfully requests an extension for 30 days until December 23, 2015, to file his Petition for Discretionary Review which will be filed under separate cover.

Appellant respectfully prays this Honorable Court grant his motion for extension of time to file his petition for discretionary review.

Respectfully submitted,

____/s/ Casey Garrett____
Casey Garrett
4010 Bluebonnet, Ste. 204
Houston, Texas  77025
(713) 228-3800
Texas Bar No. 00787197
Casey.garrett@sbcglobal.net

<u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing instrument has been served through the e-file system to the following recipient:

Harris County Office of the District Attorney
Appellate Division
1201 Franklin, Suite 600
Houston, Texas  77002

_____/s/ Casey Garrett_____
Casey Garrett
4010 Bluebonnet, Ste. 204
Houston, Texas  77025
(713) 228-3800
Texas Bar No. 00787197